Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email

Benjamin Heston
Bar Number: 297798
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
Phone: (949) 312-1377
Email: ben@nexusbk.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Santa Ana Division

In re:

Anna Marie Jennings

CASE NO.:

CHAPTER:  Chapter 7

**DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION
DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

## Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **10/04/2024**     **Anna Marie Jennings**
                         Printed name of Debtor 1            Signature of Debtor 1

## Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                         Printed name of Debtor 2            Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1002-1.EMP.INCOME.DEC**

# COUNTY OF ORANGE
## PAYROLL CERTIFICATE

Andrew N. Hamilton, CPA
County Auditor-Controller

| | |
|---|---|
| **Employee Name:** | ANNA M JENNINGS |
| **Employee ID:** | 094768 |
| **Fed Tax Status:** | 00 S |
| **State Tax Status:** | 00 S |
| **Agency:** 031  **Unit:** 4360  **Pay Loc:** 031013 | |
| **Payment Advice/Check #:** 202400000004222 | **Type:** REGULAR |
| **Issue Date:** | 9/26/2024 |
| **Pay Period(#):** | 20 |
| **Begin - Ending Date:** | 9/6/2024-9/19/2024 |

| Current Pay Period | | Year-to-Date | |
|---|---|---|---|
| **Total Gross Pay(Pay Elements):** | $492.00 | **YTD Gross:** | $5,982.70 |
| **Total Deductions:** | $44.03 | **YTD Taxable Gross:** | $5,725.66 |
| **Net Pay:** | $447.97 | | |

| Pay Elements: | Rate | Hours(Hrs:Min) | Amount | Year to Date |
|---|---|---|---|---|
| EXTRA HELP P | $30.7500 | 16:00 | $492.00 | |
| **Deductions:** | | | | |
| 3121 EH RET | | | $36.90 | $257.04 |
| FEDERAL TAX | | | $0.00 | $648.10 |
| MEDICARE-EE | | | $7.13 | $86.75 |
| STTAX WHELD | | | $0.00 | $216.22 |

| Reimbursable Expenses: |
|---|
| |

| Leave Category | Curr. Bal(Hrs:Min) |
|---|---|
| SICK LEAVE | 6:03 |

CO
YNZ

000000-000000

# Earnings   Statement

*California  Fine  Wine  &  Spirits  LLC*
*6600  Rockledge  Drive*
*Bethesda,  MD  20817*

| | |
|---|---|
| Employee ID | 59994 |
| | Page 001 of 001 |
| Period Beginning: | 08/26/2024 |
| Period Ending: | 09/08/2024 |
| Advice Date: | 09/13/2024 |
| Advice Number: | 0010732750 |
| Batch Number: | SCZ7YPYUN2T6 |

Jennings,   Anna
1912  E  Mount  Vernon  Ave
Orange,   CA  92897

**For inquiries on this statement please call: 301-547-0015**

| | |
|---|---|
| Total Hours Worked: | 42.64 |
| Basis of Pay: | Hourly |
| Pay Rate: | 17.50 |

**Other Benefits and Information**

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Minor Bonus | | | 29.30 | 29.30 |
| Holiday Work | 26.2500 | 5.00 | 131.25 | 131.25 |
| REG | 17.5000 | 37.64 | 658.71 | 658.71 |
| Gross Pay | | | 819.26 | 819.26 |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| CA SDI - CASDI | | 9.01 | 9.01 |
| OASDI | | 50.79 | 50.79 |
| Medicare | | 11.88 | 11.88 |
| Federal Withholding | | 25.77 | 25.77 |
| State Tax - CA | | 2.99 | 2.99 |
| Total Taxes | | 100.44 | 100.44 |
| | | | |
| Net Pay | | 718.82 | 718.82 |

| Information | This Period | Year-to-Date |
|---|---|---|
| PTO | Accrued | Taken Balance |
| PTO (Shell) | 0.00 | 0.00  0.00 |
| Paid Sick Time (Shell) | | |
| | 1.67- | 0.00  1.41 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXXXX3106 | 718.82 |

Your  Federal  taxable  wages  for  this  period  are:  $819.26          *Excluded  from  taxable  wages

© 2002 Automatic Data Processing (PCSVV0)

*California  Fine  Wine  &  Spirits  LLC*
*6600  Rockledge  Drive*
*Bethesda,  MD  20817*

| | |
|---|---|
| Advice  Number: | 0010732750 |
| Advice  Date: | 09/13/2024 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Jennings, Anna | Checking   XXXXXXXX3106 | 121202211 | $718.82 |

# Earnings  Statement

California  Fine  Wine  &  Spirits  LLC
6600  Rockledge  Drive
Bethesda,  MD  20817

Employee ID          59994
                              Page  001  of  001
Period  Beginning:      09/09/2024
Period  Ending:          09/22/2024
Advice  Date:            09/27/2024
Advice  Number:        0010745880
Batch  Number:        SCT6RRRD6IYP

Jennings,    Anna
1912  E  Mount  Vernon  Ave
Orange,    CA  92897

**For inquiries on this statement please call: 301-547-0015**

Total Hours Worked:        30.17
Basis of Pay:                Hourly
Pay Rate:                    17.50

| Earnings | Rate | Hours | This Period | Year-to-Date |
|----------|------|-------|-------------|--------------|
| Minor  Bonus | | | 30.20 | 59.50 |
| REG | 17.5000 | 30.17 | 527.98 | 1186.69 |
| Holiday  Work | | | 0.00 | 131.25 |
| Gross Pay | | | 558.18 | 1377.44 |

**Taxes**

| Taxes | This Period | Year-to-Date |
|-------|-------------|--------------|
| Medicare | 8.09 | 19.97 |
| OASDI | 34.61 | 85.40 |
| CA SDI - CASDI | 6.14 | 15.15 |
| Federal  Withholding | 0.00 | 25.77 |
| State Tax - CA | 0.00 | 2.99 |
| Total  Taxes | 48.84 | 149.28 |
| Net Pay | 509.34 | 1228.16 |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| **PTO** | Accrued | Taken Balance |
| PTO (Shell) | 0.00 | 0.00   0.00 |
| Paid Sick Time (Shell) | | |
| | 3.00 | 0.00   2.41 |

**Direct Deposits**

| | | |
|---|---|---|
| Checking | XXXXXXXX3106 | 509.34 |

Your  Federal  taxable  wages  for  this  period  are:  $558.18          *Excluded  from  taxable  wages

© 2002 Automatic Data Processing (PCSVO)

California  Fine  Wine  &  Spirits  LLC
6600  Rockledge  Drive
Bethesda,  MD  20817

Advice  Number:      0010745880

Advice  Date:          09/27/2024

THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Jennings,  Anna | Checking    XXXXXXXX3106 | 121202211 | $509.34 |